```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        v.<br><br>DSILVA et al<br><br>Defendant. | **ORDER TO CONTINUE**<br>24-CR-00471 (HG) |

**HECTOR GONZALEZ**, United States District Judge:

Upon the application of Richard Portale, counsel for Defendant Jonathan Velazquez, with consent of counsel for defendants Gary DSilva and Luis Camarena and Assistant United States Attorney Turner Buford for an order granting a continuance of proceedings in the above-captioned matter;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The failure to grant a continuance would deny counsel for the Defendants and counsel for the Government the reasonable time necessary to review discovery and engage in plea negotiations, taking into account the exercise of due diligence.

2. As a result of the foregoing, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial.

IT IS, therefore, on this 20th day of February 2025,

ORDERED that this action be, and hereby is, continued until May 27, 2025; and it is further

ORDERED that the period from the date of this order through May 27, 2025, be, and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq*.

SO ORDERED.

/s/ Hector Gonzalez
HECTOR GONZALEZ
United States District Judge

Dated: Brooklyn, New York
      February 20, 2025